UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CR-00204-D-4

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| SERGIO AGUSTIN ORTIZ ROMERO | |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal the Motion to Continue, which is docket entry number 282. The Court is of the opinion that this motion and its corresponding Order should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested documents to be sealed and be filed under seal.

This the __11__ day of __February__, 2019.


THE HONORABLE JAMES C. DEVER, III
UNITED STATES DISTRICT COURT JUDGE