UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CR-00204-D-4

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SERGIO AGUSTIN ORTIZ ROMERO | ORDER |

THIS CAUSE came on to be heard and was heard upon the Defendant's Proposed Sealed Motion, which is docket entry number 398. The Court is of the opinion that this motion and its corresponding Order should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested documents to be sealed and be filed under seal.

This the __8__ day of __July__, 2019.

_____
THE HONORABLE JAMES C. DEVER, III
UNITED STATES DISTRICT COURT JUDGE